IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TIMOTHY HESS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-cv-512 |
| | § | |
| ERICSSON, INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF REMOVAL

Defendant Ericsson, Inc. ("Ericsson") files this Notice of Removal for purposes of removing this suit to the United States District Court for the Eastern District of Texas, Sherman Division, and states:

### I.

### STATE COURT ACTION

On June 8, 2020, Plaintiff Timothy Hess ("Hess") filed an action styled *Timothy Hess v. Ericsson, Inc.*, Cause No. 416-02780-2020, in the 416th Judicial District Court, Collin County, Texas (the "State Court Action"). Hess's Original Petition ("Petition") is his live pleading. In the State Court Action, Hess has pleaded two causes of action against Ericsson: (1) failure to pay wages owed under the Fair Labor Standards Act ("FLSA"); and (2) quantum meruit. He seeks "monetary relief of $100,000 or less, and non-monetary relief." [Petition ¶ 6.]

## II.

## JURISDICTION

1. This Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331. In particular, Hess has pleaded a cause of action against Ericsson for "failing to pay [Hess] at all and [ ] failing to pay [Hess] the applicable minimum wage for every compensable hour [*sic*] labor he performed…*in violation[ ] of the FLSA*." [Petition ¶¶ 37-47.] Accordingly, this is a "civil action[ ] arising under the Constitution, laws, or treaties of the United States." 28 U.S. Code § 1331. The Court has supplemental jurisdiction over Hess's quantum meruit claim because it is "so related to the claim[ ] in the action within [the Court's] original jurisdiction that [it] forms part of the same case or controversy under Article III of the United States Constitution." *Id.* § 1367(a).

## III.

## REMOVAL IS TIMELY

2. Ericsson files this Notice of Removal within thirty (30) days of having received a copy of the Petition, and is therefore timely pursuant to 28 U.S.C. § 1446(b).

## IV.

## VENUE

3. The State Court Action was filed in Collin County, Texas, and is therefore removable to this District and Division pursuant to 28 U.S.C. § 1441(a). Venue is independently proper in this District and Division pursuant to 28 U.S.C. § 1391(b)(2) because all or a substantial part of the events or omissions alleged to give rise to Hess's claims occurred in Collin County, Texas, and because Ericsson's principal place of business is here. [Petition ¶ 3.]

## V.

## OTHER PROCEDURAL REQUISITES

4. Pursuant to 28 U.S.C. § 1446(a) and Local Rule CV-81, attached hereto are:

   a. a list of all parties and counsel – Exhibit "A"

   b. a completed civil cover sheet – Exhibit "B"

   c. a certified copy of the state court docket sheet – Exhibit "C"

   d. all pleadings, answers to pleadings, and process and orders served on Ericsson – Exhibits "D-1" (Original Petition) and "D-2" (Return of Service).

5. Plaintiff demanded a jury in the Petition. The case is being removed from the 416th Judicial District Court for Collin County, Texas, 2100 Bloomdale Road, Suite 20030, McKinney, Texas 75071.

6. Ericsson has filed its Disclosure Statement contemporaneously herewith, pursuant to Federal Rule of Civil Procedure 7.1.

## IV.

## RELIEF REQUESTED

Ericsson respectfully requests that the United States District Court for the Eastern District of Texas, Sherman Division, accept this Notice of Removal, and that it assume jurisdiction of this case and grant all other relief, general or special, at law or in equity, to which Ericsson may be justly entitled.

Respectfully submitted,

*/s/ John M. Barcus*
John M. Barcus
Texas Bar No. 24036185
john.barcus@ogletree.com
Laura G. Sandman
Texas Bar No. 24097774
laura.sandman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
  STEWART, P.C.
Preston Commons West
8117 Preston Road, Suite 500
Dallas, Texas 75225
(214) 987-3800 (Telephone)
(214) 987-3927 (Facsimile)

**ATTORNEYS FOR DEFENDANT ERICSSON, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ John M. Barcus*
John M. Barcus

43383112.1